## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRED HARRISON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BANK OF AMERICA, N.A., ET AL** | : | NO. 14-2150 |

## O R D E R

**AND NOW, TO WIT:** This 11th day of April, 2016, it having been reported that the issues among the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: S/Rose A. Barber
Rose A. Barber
Deputy Clerk

Copies sent by ECF to:
Cary L. Flitter
Andrew M. Milz
Joseph J. Mahady
Michael C. Falk